UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHELE D. ZEBER AND
NEAL A. ZEBER

VERSUS

E.L. CRETIN, L.L.C., ET AL

CIVIL ACTION

NO. 10-89-JJB-DLD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 10, 2009. The defendant, Safeco Insurance Company of America have filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Motion to Remand (doc. 9) is **GRANTED** and this matter is **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, February 14, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA